UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------

MARTIN DROZ,

                Plaintiff,

-v-                                 6:05-CV-939 (Lead)
                                        6:05-CV-940 (Member)
SHIRLEY HERDER, in her individual capacity;    6:05-CV-941 (Member)
and STATE TROOPER P.J. MCCADDEN;

                Defendants.

----------------------------------
----------------------------------

MARTIN DROZ,

                Plaintiff,

-v-                                 9:05-CV-942 (Lead)
                                        9:05-CV-943 (Member)
COUNTY OF ONEIDA, NEW YORK; DANIEL G.
MIDDAUGH, The Sheriff of Oneida County, New
York; SCOTT BURNOP; MICHAEL DURANT;
SHAWN MALONE; MICHAEL MULKY; MARK
SLAWSON; UNKNOWN SOWITCH;

                Defendants.

----------------------------------

APPEARANCES:                         OF COUNSEL:

EDWARD E. KOPKO, ESQ.
Attorney for Plaintiff
15 Nottingham Drive, Ithaca, NY 14850

SHANTZ & BELKIN                    FREDERICK F. SHANTZ, ESQ.
Attorneys for Defendant Herder
26 Century Hill Drive, Suite 202
Latham, NY 12110

| | |
|---|---|
| HON. ANDREW M. CUOMO<br>Attorney General for the State of New York<br>Attorney for Defendant McCadden<br>The Capitol<br>Albany, NY 12224-0341 | BRUCE J. BOIVIN, ESQ.<br>Ass't Attorney General |
| PETRONE & PETRONE<br>Attorneys for County Defendants<br>1624 Genesee Street<br>Utica, NY 13502 | DAVID H. WALSH, IV, ESQ. |

DAVID N. HURD
United States District Judge

## ORDER

Pursuant to the Mandate issued by the United States Court of Appeals for the Second Circuit on October 7, 2009, and entered in the Northern District of New York on November 17, 2009, it is

ORDERED that

1. Summary judgment in favor of defendant State Trooper P.J. McCadden is GRANTED on the grounds of qualified immunity;

2. All claims against defendant State Trooper P.J. McCadden are DISMISSED;

3. Because all underlying claims have been dismissed, the conspiracy claim against defendant State Trooper P.J. McCadden and defendant Shirley Herder is DISMISSED;

4. The Order consolidating the above-captioned cases for trial (Doc. No. 53) is VACATED; and

5. Consolidated case number 9:05-CV-942 (Lead; 9:05-CV-943 (Member)) will proceed to trial.

The Clerk of the Court is directed to enter judgment in consolidated case number 6:05-CV-939 (Lead; 6:05-CV-940 (Member); 6:05-CV-941 (Member)) accordingly.

IT IS SO ORDERED.

United States District Judge

Dated: November 24, 2009
Utica, New York.